UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:26-cr-00580-MWC Date: 9/28/2026

Present: The Honorable: Stephanie S. Christensen, United States Magistrate Judge

Interpreter N/A Language N/A

| Teagan Snyder | 09/28/2026 | Yifan Everett |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✔ Present In Custody | Attorneys for Defendants: ✔ Present DFPD |
|---|---|
| Courtney Price | Jake Crammer |

**Proceedings: Arraignment of Defendant and/or** ✔ **Assignment of Case** **Appointment of Counsel** **Initial Appearance**

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Michelle Williams Court.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/23/2026 8:30 AM;
Pre-Trial Conference: 11/13/2026 10:00 AM
* Government counsel provides trial estimate of 3-5 days.
* The last day to hear motions is the same date and time as the Final Pretrial Conference. The parties are referred to Judge Court's Procedures and Schedules to obtain a copy of the Judge's Criminal Standing Order located on the Court's website at www.cacd.uscourts.gov. Judge Court is located in 6A, Los Angeles - Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA PSAED PSASA
✔ USMLA USMED USMSA
Statistics Clerk Interpreter
CJA Supervising Attorney Fiscal

**Initial Appearance/Appointment of Counsel:** 00 : 00
**Arraignment:** 00 : 03
**Initials of Deputy Clerk:** TS by TRB